# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIFFANY HARRIS, on behalf of herself and all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>MERCY HEALTH NETWORK, INC., <br><br>Defendant. | **CASE NO: 4:23-cv-00195-RGE-HCA** <br><br>**CLASS ACTION** <br><br>**JURY TRIAL DEMANDED** |
| JENNIFER MEDENBLIK, on behalf of herself and all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>TRINITY HEALTH CORPORATION, et al., <br><br>Defendant. | **CASE NO: 4:23-cv-00197-SHL-SBJ** <br><br>**CLASS ACTION** <br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' MOTION TO (1) CONSOLIDATE THE RELATED ACTIONS AND (2) APPOINT INTERIM CO-LEAD CLASS COUNSEL

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (a) consolidate these related cases pursuant to Fed. R. Civ. P. 42(a) and (b) appoint Philip J. Krzeski of Chestnut Cambronne PA and Mason Barney of Siri & Glimstad LLP as Interim Co-Lead Class Counsel.

A proposed Order is submitted with the Motion.

Dated: June 20, 2023                              Respectfully submitted,

        /s/ Jeffrey O'Brien
        Jeffrey O'Brien
        Bryan L. Bleichner*
        Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*jobrien@chestnutcambronne.com*
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Proposed Interim Co-Lead Class Counsel*

Josh Sanford*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
josh@sanfordlaw.com

Dylan J. Gould (OH BAR #0097954)*
Terry R. Coates (OH BAR #0085579)*
**MARKOVITS STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
dgould@msdlegal.com
tcoates@msdlegal.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622

**SHINDLER ANDERSON GOPLERUD & WEESE PC.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiffs and Putative Rule 23 Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of June 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record and on Defendant via service by First-Class Mail.

The undersigned hereby also certifies that on the 20th day of June 2023, a true and correct copy of the above and foregoing will be sent via electronic mail to the following:

/s/ *Jeffrey O'Brien*
Jeffrey O'Brien